## ROBERT J. WAKEFIELD *v.* COMMISSIONER OF MOTOR VEHICLES

The plaintiff's petition for certification for appeal from the Appellate Court, 90 Conn. App. 441 (AC 25416), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Geraldine Ficarra,* in support of the petition.

*Darren P. Cunningham,* assistant attorney general, in opposition.

Decided September 20, 2005

## MICHELE BISHOP *v.* MICHAEL FREITAS

The plaintiff's petition for certification for appeal from the Appellate Court, 90 Conn. App. 517 (AC 25438), is denied.

*Steven H. St. Clair,* in support of the petition.

Decided September 20, 2005

## MICHAEL DEMATTEO *v.* CITY OF NEW HAVEN ET AL.

The petition by the named defendant for certification for appeal from the Appellate Court, 90 Conn. App. 305 (AC 25543), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Audrey C. Kramer,* assistant corporation counsel, in support of the petition.

*Marc J. Ubaldi,* in opposition.

Decided September 20, 2005